HATTIE G. RUINA, Respondent, *v.* COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.

Submitted January 5, 1948; decided March 5, 1948.

*Charles J. Nehrbas* and *Henry C. Moses* for appellant.
*Irving Barry* for respondent.

Judgment affirmed, with costs. The evidence presented an issue of fact as to whether or not the notice of assessment was mailed. We pass upon no other question. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.